B1040 (FORM 1040) (12/15)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Lawrence D. Gregg | Michael R. Santoni |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Jann C. Washington<br>5247 Wilson Mills Rd. #185<br>Richmond Hts. OH 44143  (440) 552-5492 | |

**PARTY** (Check One Box Only)
- ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
- ☒ Creditor  ☐ Other
- ☐ Trustee

**PARTY** (Check One Box Only)
- ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor  ☐ Other
- ☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Willful and malicious assault and battery
Personal injury

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☒ Check if this case involves a substantive issue of state law
☐ Check if a jury trial is demanded in complaint
Other Relief Sought

☐ Check if this is asserted to be a class action under FRCP 23
Demand $

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Michael R. Santoni | BANKRUPTCY CASE NO.<br>19-11398-jps | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Ohio | DIVISION OFFICE<br>Eastern Division, Cleveland | NAME OF JUDGE<br>Jessica E. Price Smith | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Jann C. Washington* | | | |
| DATE<br>6/20/19 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>JANN C WASHINGTON (0087239)<br>5247 Wilson Mills Rd #185<br>Richmond Hts. OH 44143<br>(440)552-5492  F: 440-571-0522 | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION – CLEVELAND

| IN RE: | Case No. 19-11398-jps |
|---|---|
| **MICHAEL R. SINTONI** | Judge: Jessica E. Price Smith |
| Debtor | Chapter 7 |
| **LAWRENCE D. GREGG** | Adversary Case No. |
| Plaintiff | **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |
| -v- | |
| **MICHAEL R. SINTONI** | |
| Defendant | |

Plaintiff, Lawrence D. Gregg, by way of Complaint against the Defendant, Michael R. Sintoni, respectfully represents:

## JURISDICTION

1. This Court has jurisdiction pursuant to 28 USC §§ 151, 157(b)(2)(F) and 1334(b) in that the action arises and relates to the bankruptcy case of Michael R. Sintoni, commenced on March 14, 2019, and presently pending in this Court. This is a core proceeding pursuant to 28 USC §157(B)(2)(F).

2. Plaintiff brings this adversary proceeding pursuant to 11 USC §523(a)(6) and Bankruptcy Rules 4007 and 7001.

## VENUE

3. Venue lies in this District under 28 USC §1409 because this suit arises in and is related to the case pending in this District.

## PARTIES AND CAUSE OF ACTION

4. On March 14, 2019, Defendant, Michael R. Sintoni filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

5. On or about May 9, 2017, Plaintiff was retrieving mail from his mailbox, when he motioned for a vehicle driven by Defendant to slow down for a school zone. Defendant slammed on the brakes, exited his vehicle, ran over to the Plaintiff, and knocked him to the pavement.

6. Defendant was charged with Assault pursuant to Ohio Revised Code 2903.13.

7. On June 8, 2017, Defendant was pled guilty to Disorderly Conduct Persisting.

8. Plaintiff is a creditor of the Defendant. On or about April 4, 2018, Plaintiff filed a Complaint against the Defendant in the Cuyahoga County Court of Common Pleas, Case No. CV 18 895631, seeking damages for personal injuries incurred as a direct and proximate result of Defendant's assault and battery of Plaintiff. A copy of said Complaint is annexed as Exhibit A and is incorporated herein by reference. Said case was pending at the time of the filing of Defendant's bankruptcy petition.

9. As a direct and proximate result of Defendant's willful, intentional and malicious conduct, Plaintiff suffered and continues to suffer personal injuries, pain and suffering, emotional distress, and medical expenses.

10. Plaintiff is entitled to have this debt determined to be non-dischargeable in that it resulted in injuries that were the result of Defendant's willful, malicious and wanton acts, all within the meaning of the United States Bankruptcy Code, and specifically 11 USC §523(a)(6).

**WHEREFORE,** Plaintiff respectfully requests that this Court determine that the debt owed by the Defendant/Debtor is non-dischargeable, and for Judgment in the amount as determined by this Court, or by the State Court in the pending action, together with interest, attorney's fees and costs of suit, as well as for such further relief as this Court deems just and equitable.

Respectfully submitted,

/s/ Jann C. Washington
Jann C. Washington (0087239)
5247 Wilson Mills Rd. #185
Richmond Hts., OH 44143
(440) 552-5492  F: (440) 571-0522
Jann@Jwashingtonlaw.com
Attorney for Plaintiff



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
April 4, 2018 10:03

By: RICHARD W. DUNSON 0040259

Confirmation Nbr. 1345958

| | |
|---|---|
| LAWRENCE D. GREGG | CV 18 895631 |
| vs. | |
| MICHAEL R. SINTONI | Judge: MICHAEL P. SHAUGHNESSY |

Pages Filed: 3

| | |
|---|---|
| LAWRENCE D. GREGG<br>3038 Canterbury Road<br>Westlake, OH 44145<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. SINTONI<br>5264 Victoria Lane #104<br>North Olmsted, OH 44070<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br><br><br><br>COMPLAINT<br><br>(Jury Demand Endorsed Hereon) |

DUNSON & DUNSON CO., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
21851 CENTER RIDGE ROAD - SUITE 410
ROCKY RIVER, OHIO 44116
OFFICE 440-331-3191
FAX 440-331-0977

Now comes the Plaintiff, Lawrence D. Gregg, by and through counsel, and for his Complaint states as follows:

## PARTIES

1. At all times pertinent herein, Plaintiff, Lawrence D. Gregg, is and was a resident of the City of Westlake, County of Cuyahoga and State of Ohio.

2. At all times pertinent herein, Defendant, Michael R. Sintoni, is and was a resident of the City of North Olmsted, County of Cuyahoga and State of Ohio.

## FIRST CAUSE OF ACTION
(Assault)

3. Plaintiff restates each and every allegation of Paragraphs 1 through 2 as if fully rewritten and realleged herein.

4. On or about May 9, 2017, Plaintiff was retrieving his mail from his mailbox when he saw Defendant's vehicle traveling at a high rate of speed.

5. Plaintiff motioned for Defendant to slow down for an upcoming school zone.

6. Defendant slammed on his brakes, exited his car, and approached Plaintiff.

7. At said time and place, and without provocation, Defendant willfully and intentionally placed his hands upon and forcefully knocked Plaintiff backward to the pavement.

8. As a direct and proximate result of said actions by the Defendant, Plaintiff has suffered severe and permanent injuries to his person and suffered mental anguish. Said injuries caused extreme pain and suffering and loss of normal enjoyment of life in the past and will likely cause similar pain and suffering and loss of normal enjoyment of life in the future.

9. As a further direct and proximate result of the actions of the Defendant, Plaintiff has incurred medical expenses and expects to incur further such expenses in the future.

## SECOND CAUSE OF ACTION
(Punitive Damages)

10. Plaintiff restates each and every allegation of Paragraphs 1 through 9 as if fully rewritten and realleged herein.

11. Plaintiff further states that the Defendant acted willfully, maliciously, with spite and/or ill will and/or with a reckless disregard for Plaintiff's legal rights, personal safety and well-being.

DUNSON & DUNSON CO., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
21851 CENTER RIDGE ROAD - SUITE 410
ROCKY RIVER, OHIO 44116
OFFICE 440-331-3191
FAX 440-331-0977

12. As a direct and proximate result of the Defendant's actions, Plaintiff has suffered damages and is entitled to a judgment against Defendant and an award of punitive damages.

WHEREFORE, on his first cause of action, Plaintiff Lawrence D. Gregg demands judgment against the Defendant, Michael R. Sintoni, in the amount of Seventy Five Thousand Dollars ($75,000.00), together with his costs incurred herein and whatever further relief this Court deems just and equitable.

WHEREFORE, on his second cause of action, Plaintiff Lawrence D. Gregg demands judgment against the Defendant, Michael R. Sintoni, in the amount of Twenty Five Thousand Dollars ($25,000.00), together with his costs incurred herein and whatever further relief this Court deems just and equitable.

Respectfully submitted,

/s/ Richard W. Dunson
Richard W. Dunson (0040259)
DUNSON & DUNSON CO., L.P.A.
Rocky River Professional Arts Building
21851 Center Ridge Road, Suite 410
Rocky River, Ohio 44116
(440) 331-3191
Fax: (440) 331-0977
richard@dunsonanddunson.com
Attorney for Plaintiff

## JURY DEMAND

Pursuant to Rule 38(B) a trial by jury is hereby demanded in the within cause of action.

/s/ Richard W. Dunson
Richard W. Dunson (0040259)
Attorney for Plaintiff

DUNSON & DUNSON CO., L.P.A.
ATTORNEYS AND COUNSELORS AT LAW
21851 CENTER RIDGE ROAD - SUITE 410
ROCKY RIVER, OHIO 44116
OFFICE 440-331-3191
FAX 440-331-0977

Electronically Filed 04/04/2018 10:03 / / CV 18 895631 / Confirmation Nbr. 1345958 / CLAHJ

19-01051-jps    Doc 1    FILED 06/20/19    ENTERED 06/20/19 10:55:51    Page 9 of 9