IT IS SO ORDERED.

Dated: 29 August, 2019 12:14 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION – CLEVELAND

| IN RE: | Case No. 19-11398-jps |
|---|---|
| **MICHAEL R. SINTONI** | Judge: Jessica E. Price Smith |
| Debtor | Chapter 7 |
| **LAWRENCE D. GREGG** | Adversary Case No. |
| Plaintiff | **ORDER GRANTING MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE SCHEDULED FOR AUGUST 21, 2019** |
| -v- | |
| **MICHAEL R. SINTONI** | |
| Defendant | |

    Upon Motion of the Plaintiff, and for good cause shown, the Pretrial Conference scheduled for August 21, 2019 is continued to September 18, 2019 at 10:00 a.m.

                                        Respectfully submitted,

                                        /s/ Jann C. Washington
                                        Jann C. Washington (0087239)

5247 Wilson Mills Rd. #185  
Richmond Hts., OH 44143  
(440) 552-5492   F: (440) 571-0522  
Jann@Jwashingtonlaw.com  
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The foregoing Order Granting Motion for Continuance was served via the Court's Electronic Filing System on:

Jann C. Washington, attorney for Plaintiff, at Jann@Jwashingtonlaw.com
Virgil Brown, Chapter 7 Trustee, at virgil@vebtrustee.com
William J. Balena, Attorney for Defendant, at docket@ohbksource.com

And by regular Mail, postage prepaid, upon:

Michael Sintoni
1957 Fowl Rd. E6
Elyria, OH 44035